# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT M. JAFFE,**
Appellant,

v.

**FLORIDA LICENSED MOVING CORPORATION** d/b/a **FISCHER BROTHERS MOVING AND STORAGE,** et al.,
Appellees.

No. 4D23-345

[August 10, 2023]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 312018CA000541.

David B. Earle of Ross Earle Bonan Ensor & Carrigan, P.A., Stuart, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***